```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
FORTUNE ALL THE WAY LLC et al.,         :    22cv1740 (DLC)
                                        :
                         Plaintiffs,    :        ORDER
                                        :
              -v-                       :
                                        :
79 CLINTON RESTAURANT GROUP, LLC et     :
al.,                                    :
                                        :
                         Defendants.    :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

    This case has been reassigned to me for all purposes. On March 7, 2022 the above captioned case was referred to Magistrate Judge Robert W. Lehrburger for general pretrial purposes. The plaintiffs filed an affidavit of service on defendants on March 16, 2022. The defendants have not appeared and no answer has been filed. Accordingly, it is hereby

    ORDERED that the general pretrial referral is vacated.

    IT IS FURTHER ORDERED that plaintiffs shall submit to the Court by no later than **April 22, 2022**, an application for entry of an Order to show cause for entry of default.

    IT IS FURTHER ORDERED that the plaintiffs shall serve this Order and the underlying papers on the defendants by **April 22.** Plaintiffs shall effect service on the New York State Secretary

2

of State and at the defendants' place of business and file an Affidavit of Service on ECF by **April 22**.

IT IS FURTHER ORDERED that a default judgment hearing will be held on **May 3, 2022 at 3:00 PM** in Courtroom 18B, 500 Pearl Street, New York, NY 10007.  Failure of the defendants to appear will result in entry of a default or a default judgment.

Dated:    New York, New York
          April 15, 2022

                                    _____
                                    DENISE COTE
                                    United States District Judge